IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLES HAMNER
ADC #143063                                                                                               PLAINTIFF

v.                                          No. 2:22-cv-76-DPM-ERE

REX LAY, Warden, EARU Max Unit, ADC;
CHRISTOPHER JOHNSON, Deputy
Warden, EARU Max Unit, ADC;
M. RICHARDSON, Deputy Warden, EARU
Max Unit; WILLIAM STRAUGHN, Deputy
Director, EARU Max Unit, ADC; KENYON
RANDALL, Major Security, EARU Max Unit,
ADC; and MARCUS ETHERLY, Captain of
Security, EARU Max Unit, ADC                                                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 37*, and overrules Hamner's objections, *Doc. 42*. FED. R. CIV. P. 72(b)(3). He hasn't shown a threat of irreparable harm. *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995). Hamner's motion for preliminary injunctive relief, *Doc. 7*, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 December 2022