IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES HAMNER**
**ADC #143063**                                                                                      **PLAINTIFF**

v.                                  No. 2:22-cv-76-DPM

**REX LAY, Warden, EARU Max Unit, ADC;**
**CHRISTOPHER JOHNSON, Deputy**
**Warden, EARU Max Unit, ADC;**
**M. RICHARDSON, Deputy Warden, EARU**
**Max Unit; WILLIAM STRAUGHN, Deputy**
**Director, EARU Max Unit, ADC; KENYON**
**RANDALL, Major Security, EARU Max Unit,**
**ADC; and MARCUS ETHERLY, Captain of**
**Security, EARU Max Unit, ADC**                                          **DEFENDANTS**

## ORDER

**1.** On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 54*, and overrules Hamner's objections, *Doc. 55*. Fed. R. Civ. P. 72(b)(3). Hamner didn't let the grievance procedure run its full course before filing this lawsuit. Motion for summary judgment, *Doc. 44*, granted. Hamner's complaint will be dismissed without prejudice for failure to exhaust.

**2.** In the circumstances presented, Hamner cannot simply continue this case. His embedded request to do so, *Doc. 55 at 1*, is denied. He must file a new case if he wants to pursue the matter. The

Court notes Hamner's request for a blank IFP application, *Doc. 55 at 3*, and directs the Clerk to send him one.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2023