**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**CHARLES HAMNER
ADC #143063**                                     **PLAINTIFF**

**v.**                  **No. 2:22-cv-76-DPM**

**REX LAY, Warden, EARU Max Unit, ADC;
CHRISTOPHER JOHNSON, Deputy
Warden, EARU Max Unit, ADC;
M. RICHARDSON, Deputy Warden, EARU
Max Unit;  WILLIAM STRAUGHN, Deputy
Director, EARU Max Unit, ADC;  KENYON
RANDALL, Major Security, EARU Max Unit,
ADC;  and MARCUS ETHERLY, Captain of
Security, EARU Max Unit, ADC**           **DEFENDANTS**

**JUDGMENT**

Hamner's complaint is dismissed without prejudice.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

13 February 2023